UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ERIC BOWERS,

    Plaintiff,

    v.        Case No. 19-2094-JAR

REECE & NICHOLS REALTORS, INC.,
et al.,

    Defendants.

# AMENDED SCHEDULING ORDER

Plaintiff has filed an unopposed motion (ECF No. 41) to amend the scheduling order entered in this case (ECF No. 25). For good cause shown, the motion is granted, and the scheduling order is amended as follows:

a) All fact discovery shall be commenced or served in time to be completed by **January 2, 2020.**

b) Disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, are due from plaintiff by **February 3, 2020** and from defendants by **March 3, 2020.** Disclosures and reports by any rebuttal experts are due by **March 17, 2020**. All expert discovery shall be complete by **March 31, 2020.**

c) The final pretrial conference is rescheduled from January 24, 2020, to **April 16, 2020, at 1:00 p.m.**, in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City,

Kansas. Unless otherwise notified, the undersigned magistrate judge will conduct the conference. No later than **April 8, 2020**, defendants shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*. It shall be in the form available on the court's website (*www.ksd.uscourts.gov*), and the parties shall affix their signatures according to the procedures governing multiple signatures set forth in paragraphs II(C)(2)(a) & (b) of the *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in Civil Cases*.

d) The deadline for filing potentially dispositive motions and motions challenging the admissibility of expert testimony is **May 18, 2020.**

e) The case is reset for trial on a trial calendar that will begin on **January 5, 2021, at 9:00 am.** The trial setting may be changed only by order of the judge presiding over the trial.

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated September 30, 2019, at Kansas City, Kansas.

s/ James P. O'Hara  
James P. O'Hara  
U.S. Magistrate Judge